NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JULIO HERNANDEZ, | : | CIVIL ACTION NO. 15-2145 (MLC) |
| Plaintiff, | : | **MEMORANDUM OPINION** |
| v. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

**THE PLAINTIFF** seeking review of a determination by the Social Security Administration (see dkt. 1); and the Court, in an order entered June 16, 2015 ("June 2015 Order"), directing the plaintiff, inter alia, pursuant to Local Civil Rule 9.1(e)(1) to serve and electronically file a brief ("Brief") setting forth all errors that demonstrate entitlement to relief by September 9, 2015 (see dkt. 6); and

**THE COURT** ordering that the failure to abide by that directive would result in the dismissal of the complaint for lack of prosecution under Federal Rule of Civil Procedure 41(b) without further notice (id.); and the plaintiff failing to serve and file a Brief, and thereby failing to abide by a court order, i.e., the June 2015 Order; and

**THE COURT** previously notifying the plaintiff of the consequences of failing to timely file a Brief; and thus the Court intending to dismiss the complaint for lack of prosecution; and

**FOR GOOD CAUSE APPEARING**, the Court will issue an appropriate order and judgment.

    s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge

**Dated:**  October 16, 2015